**Exhibit A to the Complaint**

**Location:** Miami, FL  
**Total Works Infringed:** 115

**IP Address:** 99.169.4.202  
**ISP:** AT&T U-verse

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | 12/04/2019 03:57:15 | Tushy | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 2 | A2C87322636F63116A37FF787A2288CF1B784CC7 | 11/30/2019 20:24:08 | Vixen | 09/11/2017 | 09/15/2017 | PA0002052839 |
| 3 | 44A91CCBFDE09D843FF4C167CFE6685C8AE80078 | 11/30/2019 20:06:19 | Blacked | 09/17/2019 | 09/25/2019 | PA0002203161 |
| 4 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | 11/30/2019 20:00:08 | Blacked | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 5 | D60A816D4C169B4B25EE36DAA2B2C7E67E345BC0 | 11/26/2019 23:00:14 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |
| 6 | 4B8206143BB5B2FC32FFB929C01DFB2AFB41E3F0 | 11/25/2019 19:15:48 | Blacked | 11/25/2019 | 12/09/2019 | PA0002216262 |
| 7 | 5F0908E50A10F7EBA4E5D830A08CD09479D3282A | 11/22/2019 21:12:47 | Blacked | 11/21/2019 | 12/09/2019 | PA0002216266 |
| 8 | A18108410BFF1A76109865CDFC14DECD21C0C458 | 11/21/2019 17:37:15 | Vixen | 11/20/2019 | 12/09/2019 | PA0002216255 |
| 9 | 92A0C401E8D34EF8ECCA2A81AD917B0B3D6A57D9 | 11/18/2019 23:30:38 | Tushy | 11/17/2019 | 11/27/2019 | PA0002213996 |
| 10 | 28D3A9EC7C6D3A6CA0C764EF6A4C9B3E0430CB8E | 11/18/2019 22:58:23 | Blacked Raw | 11/18/2019 | 12/09/2019 | PA0002216261 |
| 11 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | 11/13/2019 22:25:06 | Tushy | 09/23/2017 | 10/09/2017 | PA0002086134 |
| 12 | D7849F96160CA679A287B837FEFE40DDEA87571B | 11/07/2019 16:14:11 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 13 | 832675DAB93182B2C5E5DA5110D4E3E0660CD182 | 11/06/2019 22:45:06 | Vixen | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 14 | B3D0AFF7AF8B13A26C8D737D478387C9F742628D | 11/06/2019 22:44:49 | Tushy | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 15 | D57B689422F4E39D8893E3E0BB7A38C930AD4CEF | 11/06/2019 22:44:49 | Tushy | 02/10/2019 | 03/24/2019 | PA0002184028 |
| 16 | 1809D57D2D5C8A110DB432826F6EF13CB753892E | 11/06/2019 22:44:36 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |
| 17 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | 11/06/2019 22:44:19 | Vixen | 11/20/2017 | 01/04/2018 | PA0002069354 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 4A73BB5D1D6C9CB1E7384CFB453363D873EC1FCB | 11/06/2019 22:43:45 | Blacked | 12/16/2018 | 02/02/2019 | PA0002154976 |
| 19 | B80966EB25CE62DA272DA719ED0EFEF0C671D237 | 11/06/2019 22:35:21 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 20 | EDFC62C9AAB72DDFCD865F492AFC530D912B089E | 11/06/2019 22:34:21 | Tushy | 09/23/2019 | 10/07/2019 | PA0002205466 |
| 21 | 158258B1A19235075D5BC7E77F3979BEFC8EABAC | 11/06/2019 22:26:42 | Vixen | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 22 | 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96 | 11/06/2019 22:26:32 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 23 | 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32 | 11/06/2019 22:26:19 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 24 | F84DCE97DEB71401BE49198E7C5E446530B70B41 | 11/06/2019 22:25:34 | Vixen | 04/19/2019 | 05/28/2019 | PA0002200778 |
| 25 | 83E5CC90978D29577233ED709F7716D44CA1DC25 | 11/06/2019 22:25:24 | Blacked | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 26 | 62C92B416712660F3575F3789860DFDB90A1A4C2 | 11/06/2019 22:25:20 | Vixen | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 27 | 8FFED2A7F7AA77020D249E7A6311C6D5A7D97547 | 11/06/2019 22:25:18 | Vixen | 09/21/2018 | 11/01/2018 | PA0002143417 |
| 28 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | 11/06/2019 22:24:55 | Vixen | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 29 | 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A | 11/06/2019 22:24:31 | Blacked Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 30 | CDAC395CE8800993349925E75F02E08592BA8B26 | 11/05/2019 00:08:20 | Blacked Raw | 11/03/2019 | 11/27/2019 | PA0002213995 |
| 31 | 9E23D180CE13A745D888960C51567F094143E3F7 | 10/29/2019 23:37:31 | Tushy | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 32 | C6A1BFC8E6A06324D0570107BDE676316E8F8911 | 10/29/2019 23:32:08 | Vixen | 03/15/2018 | 04/17/2018 | PA0002116747 |
| 33 | 3EA0CF9C87288AF48B11486B9BCB9919F16EA731 | 10/29/2019 23:31:35 | Tushy | 06/05/2019 | 07/17/2019 | PA0002188310 |
| 34 | 45D4AF0C0675541261833DD3255ABBED35C8CBD4 | 10/29/2019 23:31:14 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 35 | 29F0F5ED49FAB6834A87FF289AA7A016D5BCA1F5 | 10/29/2019 23:31:05 | Blacked | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 36 | 0F35B475E5AA4FFC774BBB038AEDBD8FF112F9E9 | 10/28/2019 23:47:22 | Blacked | 04/15/2017 | 06/15/2017 | PA0002037563 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | CF126CE07726517AC88C56ECFD31B9796D0ED874 | 10/25/2019 21:16:39 | Blacked Raw | 10/24/2019 | 11/05/2019 | PA0002210293 |
| 38 | 892AC0EA6A2C5EE282AE707D4FDC1D3CE0031E90 | 10/21/2019 21:30:44 | Blacked | 10/17/2019 | 11/05/2019 | PA0002210291 |
| 39 | A825A5B2C0A69428CCCF8ABF9FCCFDBF0B27D533 | 10/18/2019 04:27:36 | Tushy | 02/10/2018 | 02/20/2018 | PA0002104201 |
| 40 | A3F4857D4E91BF5ACB1499E2D264FDE7135891C3 | 10/14/2019 23:42:38 | Vixen | 10/11/2019 | 10/21/2019 | PA0002207779 |
| 41 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | 10/14/2019 02:54:39 | Tushy | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 42 | 2F37046EC89B3AD7ED74C2940723618BFD1A4721 | 10/14/2019 00:13:52 | Tushy | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 43 | 7A496D6534DC2D202F8F0C60B122CAFF208959B3 | 10/13/2019 23:52:42 | Tushy | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 44 | 766E1C71FF552FF186850DD63CC9ECC58D923874 | 10/13/2019 23:52:21 | Tushy | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 45 | E624078D6EFCDFA76F06EA9E4048E05FF7C600C5 | 10/11/2019 04:01:35 | Blacked | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 46 | A2F12D22A1ED9F23F0499A8DAA8C8F65CAE2A0F7 | 10/11/2019 04:00:45 | Vixen | 04/09/2018 | 06/19/2018 | PA0002126676 |
| 47 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | 10/11/2019 04:00:39 | Tushy | 10/08/2017 | 10/19/2017 | PA0002058298 |
| 48 | 119DC446BEBFEDD1A5069582FD23FE358C78F4F9 | 10/05/2019 06:20:59 | Blacked Raw | 10/04/2019 | 10/21/2019 | PA0002207780 |
| 49 | 63E8C3E37CCD9B8D64EFF3749A46CF55D174AF77 | 10/05/2019 06:00:08 | Tushy | 10/03/2019 | 10/21/2019 | PA0002207743 |
| 50 | AB6061895AFDF2D02F4E52CBE8139592CFEFDF38 | 10/03/2019 16:47:27 | Blacked | 10/02/2019 | 10/21/2019 | PA0002207747 |
| 51 | 89FD3837A3C4E4D5E5C8398F16D7B3E4869B7A78 | 10/02/2019 15:21:45 | Vixen | 10/01/2019 | 10/21/2019 | PA0002207746 |
| 52 | 4041A516DB827CD9A0CF3FD55E7FD4B76262C94E | 09/17/2019 20:48:58 | Blacked | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 53 | B1837EFE5563C154EEE2F1BE8D008DE5C8C7CD43 | 09/13/2019 05:04:08 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |
| 54 | 1A6470E21E54EE628069047098E9B5DFB9B17ED2 | 09/03/2019 21:27:51 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |
| 55 | 1D1CFE4975FA86AA9A3DC1505EEAEED91CCB9B36 | 09/03/2019 21:19:26 | Tushy | 09/03/2019 | 09/13/2019 | PA0002200699 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 56 | 56DCEECF670433E528CAF870134FB35521993324 | 08/26/2019 15:58:45 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 57 | 4B15FD06165A2EB0D090A8B729C9AF1FB7EC84C3 | 08/14/2019 20:53:15 | Blacked | 08/13/2019 | 08/22/2019 | PA0002195504 |
| 58 | AE22AB5504C05C2B883232F07799C9925A3CBA59 | 08/14/2019 20:33:53 | Blacked Raw | 08/10/2019 | 09/11/2019 | PA0002199990 |
| 59 | D953E392C297913CDBDFCE65BCF4DF39F6D492E1 | 07/31/2019 06:08:06 | Vixen | 05/24/2019 | 07/17/2019 | PA0002188303 |
| 60 | 0BB45C1043F264656FD238E2E8E117B9E06AD6A0 | 07/31/2019 06:08:01 | Blacked Raw | 07/21/2019 | 08/27/2019 | PA0002213243 |
| 61 | C542D326EE13C9860B8EE438E27E0EB12257FB94 | 07/30/2019 20:40:41 | Vixen | 05/14/2019 | 07/05/2019 | PA0002206408 |
| 62 | DE77246EE34EE1CDD79ED93E2A72D390952AEDBA | 07/30/2019 05:02:28 | Blacked Raw | 07/26/2019 | 09/10/2019 | PA0002199417 |
| 63 | 1BB2EF62252597B1353F2947F015A86982A0E19F | 07/30/2019 04:58:33 | Vixen | 07/28/2019 | 08/22/2019 | PA0002195513 |
| 64 | 13F8B657984BB039924814A1A97078E76113ADE6 | 07/26/2019 16:15:53 | Blacked | 02/24/2018 | 03/01/2018 | PA0002079184 |
| 65 | 061CC3A792B286632E89FFD7A1B26284D351D32A | 07/25/2019 19:32:49 | Tushy | 01/01/2019 | 02/02/2019 | PA0002155376 |
| 66 | 05A7B52E88CC9418AD100770A8B91C7FCBB1C243 | 07/25/2019 19:31:42 | Blacked Raw | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 67 | 400625A24D4B1350C5C9869DC1C9F7767C73C4D3 | 07/25/2019 19:29:37 | Tushy | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 68 | CFEBC9AE50CD5776401B39FF5FF280EB18AED998 | 07/25/2019 19:25:57 | Vixen | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 69 | 9A5ACC9C958C00F1B826AC91A7DB3423BCE3F400 | 07/25/2019 19:25:18 | Blacked Raw | 04/12/2018 | 06/18/2018 | PA0002126637 |
| 70 | 7C627BDADFCB1575B894A71C66ADFFB95C6EFAFE | 07/25/2019 19:24:31 | Blacked Raw | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 71 | 81A0FA700BD0F538231051D57102ED3BBA302456 | 07/25/2019 19:20:42 | Blacked | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 72 | 357368276B0AC817665C03F98D81B5A2B6E90183 | 07/23/2019 21:28:40 | Vixen | 03/10/2019 | 04/29/2019 | PA0002170360 |
| 73 | 23118C154A2FD4EBC3BD00500D2DCDEA4F2C56B1 | 07/23/2019 21:08:36 | Vixen | 03/20/2019 | 04/17/2019 | PA0002186982 |
| 74 | D35DE91797823D90CFD9EAB5A55CF23E8D37AB3A | 07/23/2019 21:05:46 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 75 | A7671D9A943B4580C4CA097645722A9860A70621 | 07/23/2019 21:03:37 | Vixen | 12/30/2018 | 01/22/2019 | PA0002147900 |
| 76 | 288EBA072091AF90DF7E22989C4BC66087B2C773 | 07/23/2019 20:56:18 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 77 | 866ED08FAA30A005479E7691EE82140D1B4C8592 | 07/23/2019 20:55:35 | Vixen | 12/05/2018 | 12/18/2018 | PA0002141920 |
| 78 | 425B69EBF37AF69ECEF370C54A0B8F23AB28C401 | 07/23/2019 20:55:11 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |
| 79 | 498C38E65A191A26E153A7D80BCFBCA20069BDFD | 07/23/2019 20:51:56 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 80 | AAB43732CA29D96F72C32A4D7590FD1111D8A86C | 07/23/2019 20:51:49 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 81 | C1957FCFBE31019DF2047C1FDF3C4DE2C5A41C8D | 07/23/2019 20:46:12 | Vixen | 07/18/2019 | 09/10/2019 | PA0002199410 |
| 82 | 2792CFE99C40641407BFC00440005D0FBAC48D6F | 07/23/2019 20:45:24 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 83 | 838E8465682C1AA831147A117667754280D4FBA1 | 07/23/2019 20:32:42 | Vixen | 07/08/2019 | 09/10/2019 | PA0002199411 |
| 84 | 22FBA2D37F3FF8668834C09E9AD0CBE9434BBFBD | 07/23/2019 20:14:34 | Vixen | 07/03/2019 | 08/02/2019 | PA0002192292 |
| 85 | 727C2698471403826A0D17EAF0010FFEAD561BCC | 07/22/2019 14:42:08 | Blacked Raw | 07/16/2019 | 08/02/2019 | PA0002192306 |
| 86 | 2BF02F908D94623615F531B2127029AB649A25B0 | 07/19/2019 22:23:43 | Blacked | 07/04/2019 | 08/27/2019 | PA0002213242 |
| 87 | 999C03253CE0755916BEA619580CA77216F552E6 | 07/17/2019 17:48:30 | Tushy | 04/16/2019 | 05/11/2019 | PA0002173879 |
| 88 | C60F238231FA7D72F30AD0AC8AEE75366CE5E5E8 | 07/15/2019 16:50:15 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |
| 89 | BD08CDC4AB37B1F288F5D245BC77FD72EC17895E | 07/11/2019 19:48:34 | Tushy | 07/05/2019 | 08/27/2019 | PA0002213300 |
| 90 | FB74770301183194E022950AB806F22711E1D882 | 07/09/2019 17:36:22 | Blacked Raw | 05/02/2019 | 05/28/2019 | PA0002200769 |
| 91 | DDE59C875C7FEDB150E58E51ACFF8D33FDB2CF72 | 07/09/2019 17:36:18 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 92 | 2A1C18497DDBF19A571FE803E1F65B2AA1F2215D | 07/09/2019 17:33:21 | Blacked Raw | 05/12/2019 | 07/05/2019 | PA0002206384 |
| 93 | A72BE735D576B5D1698069C9E914BDF92FBB83F8 | 07/09/2019 17:32:52 | Blacked Raw | 06/16/2019 | 07/17/2019 | PA0002188314 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 94 | 5F75B9CECC4F3FEEA7CE46BEDA2B70A0BA267B19 | 06/21/2019 22:59:21 | Blacked Raw | 06/21/2019 | 08/27/2019 | PA0002213241 |
| 95 | 5FA59DD2A87C8333BF37865F57F8DD8429250516 | 06/21/2019 22:13:48 | Blacked | 03/31/2019 | 05/28/2019 | PA0002200773 |
| 96 | 039F4779148D3E374D990283A83AC46A0219DAE9 | 06/13/2019 17:29:36 | Vixen | 04/19/2017 | 06/16/2017 | PA0002069291 |
| 97 | 7C8758690E3BB2F2D03A741B58A27C525B8699BA | 06/13/2019 15:13:41 | Tushy | 02/20/2019 | 04/29/2019 | PA0002170363 |
| 98 | 46008F270CD49FF19391341B7014BF9549387B91 | 06/12/2019 15:38:10 | Blacked | 12/31/2017 | 01/15/2018 | PA0002099700 |
| 99 | 557B5DAD5E3CAC1EBF7F510D67437F1D01235D11 | 06/04/2019 18:28:41 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |
| 100 | 6A894BF3E216F8344B43B3F4799B2A8986EAF94A | 06/04/2019 18:18:46 | Blacked Raw | 02/06/2019 | 03/24/2019 | PA0002183207 |
| 101 | 9F1AEDB1A46ED2351C6734A7C20C7CCA52E8D790 | 06/04/2019 18:17:14 | Blacked Raw | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 102 | 5C208E2ABF6083135CA52776A02D87442F215D60 | 06/04/2019 00:17:09 | Tushy | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 103 | 557B0DE14F6A7A062A05FC99F16612D803949D3D | 05/30/2019 16:26:40 | Tushy | 05/21/2019 | 06/17/2019 | PA0002181294 |
| 104 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | 05/28/2019 14:45:27 | Blacked | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 105 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | 05/24/2019 19:23:27 | Blacked | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 106 | 8380829FBFACEF0EE48B37AF15910E96A5E8329C | 05/22/2019 16:49:51 | Blacked Raw | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 107 | 60FEB3E4F343965C4C847A6F071D77F52C61BB52 | 05/13/2019 21:23:53 | Tushy | 09/23/2018 | 11/01/2018 | PA0002143415 |
| 108 | 42FB29936F0773461AB894640E5895EE9B843742 | 05/13/2019 19:05:15 | Tushy | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 109 | 209ADEA84CE0566D845611964D4E17054104ACA5 | 05/13/2019 18:48:24 | Tushy | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 110 | 284E4E396F1F787478E836FEEF797DE00E33D5E4 | 05/09/2019 12:59:43 | Blacked Raw | 10/14/2018 | 11/01/2018 | PA0002143424 |
| 111 | CA6678C58C405A501AF293322491A7DBD8B843A4 | 04/17/2019 23:22:54 | Tushy | 07/15/2017 | 08/11/2017 | PA0002075050 |
| 112 | 388E7ED27703F4B83AC8FC4EA6512E7B4FBC5AEC | 04/15/2019 23:45:55 | Blacked Raw | 04/07/2019 | 05/28/2019 | PA0002200775 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 113 | DAAB1603971461BD3D663620ED1313A2096BA184 | 03/05/2019 15:07:19 | Blacked Raw | 02/13/2019 | 03/24/2019 | PA0002183197 |
| 114 | 9536019879F17F3B90AD722E8B0FAEC984EEEF5A | 03/05/2019 14:49:56 | Blacked Raw | 03/03/2019 | 04/17/2019 | PA0002186905 |
| 115 | 8BB074E225C6C871CDBD1831D394E9988502CEBD | 01/02/2019 20:37:59 | Blacked Raw | 10/09/2018 | 11/01/2018 | PA0002143427 |