UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-20506-UU

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 99.169.4.202, an individual,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**<u>WITHOUT PREJUDICE OF JOHN DOE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 99.169.4.202, are voluntarily dismissed without prejudice.

Dated: February 5, 2020

    Respectfully submitted,

    SMGQ LAW

    <u>/s/ *Rachel E. Walker*</u>
    RACHEL E. WALKER (FL Bar No. 111802)
    218 NW 24th Street
    Miami, FL 33127
    Telephone: 305-377-1000
    Fax: 855-327-0391
    Primary Email: rwalker@smgqlaw.com

    *Attorneys for Plaintiff*