# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-20506-UU

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 99.169.4.202 an individual,

    Defendant.

_____/

## NOTICE OF ERRATA

PLEASE TAKE NOTICE that Plaintiff, Strike 3 Holdings, LLC inadvertently filed its documents out of sequence; it intended to file its Response to the Order to Show Cause prior to its Notice of Voluntary Dismissal. Dkt. 8.  Plaintiff apologies for the confusion.

Dated: February 5, 2020                        Respectfully submitted,

                                                           /s/ *Rachel E. Walker*_____
                                                           RACHEL E. WALKER (FL Bar No. 111802)
                                                            SMGQ LAW
                                                           218 NW 24th Street
                                                           Miami, FL 33127
                                                           rwalker@smgqlaw.com
                                                           Tel.: 305-377-1000
                                                           Fax.: 855-327-0391
                                                           *Attorneys for Plaintiff*