UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20506-UU

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,
v.

JOHN DOE subscriber assigned IP address 99.169.4.202,

    Defendant.
_____/

### ORDER

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe. D.E. 8. The Court has reviewed the notice and the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this action are DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th__ day of February, 2020.

*Ursula Ungaro*
_____
UNITED STATES DISTRICT JUDGE

cc: all counsel of record via cm/ecf